Probation Form No. 35                  Report and Order Terminating Probation /
(1/92)                                                                        Supervised Release
                                                                                   Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V.                                              Crim. No. #3:92CR03068-02/RV

DONALD KEITH GARRETT

      On January 7, 1993, the above named was placed on Supervised Release for a period of 5 years which term commenced on September 14, 2001. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Donald Keith Garrett be discharged from Supervised Release.

                                         Respectfully submitted,

                                         Donna D. Easterling
                                         U.S. Probation Officer

## ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __22__ day of __Sept__, 20__05__

                                         Roger Vinson
                                         Senior U.S. District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 SEP 22 AM 11: 43

FILED